## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AIP ACQUISITION LLC, | : | |
| Plaintiff, | : | C.A. No. 14-513-GMS |
| v. | : | |
| AT&T, INC., et al., | : | |
| Defendants. | : | |
| | | |
| AIP ACQUISITION LLC, | : | |
| Plaintiff, | : | C.A. No. 14-514-GMS |
| v. | : | |
| SPRINT CORPORATION, et al., | : | |
| Defendants. | : | |

### DECLARATION OF FRANCISCO A. VILLEGAS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY WITHOUT FIRST ANSWERING THE COMPLAINT

I, Francisco A. Villegas, declare as follows:

1. I am an attorney at the law firm of Cohen & Gresser LLP, counsel for Plaintiff AIP Acquisition LLC ("AIP"). I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Stay Without First Answering the Complaint. I am personally familiar with the facts described in this declaration.

2.	Annexed hereto as **Exhibit A** is a true and correct copy of an email chain between counsel for AIP and AT&T Inc., AT&T Mobility LLC, SBC Internet Services, Inc. d/b/a AT&T Internet Services, AT&T Teleholdings, Inc. (collectively, "AT&T").  Emails in this chain are dated July 10, 2014 through July 15, 2014.

3.	On or about July 14, 2014, I attended a meet-and-confer with my colleague Karen H. Bromberg and counsel for AT&T.  Counsel for AIP questioned why AT&T would not answer the Complaint before jointly requesting a stay.  Counsel for AT&T first responded that AT&T would not answer "because we don't have to," and later also stated that to do so would be a "waste of our resources."

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: August 4, 2014
       New York, New York

_____
Francisco A. Villegas